NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1308

EON-NET LP,

Plaintiff-Appellant,

v.

FLAGSTAR BANCORP,

Defendant-Appellee.

Appeal from the United States District Court for the Western District of Washington in case no. 05-CV-2129, Judge Ricardo S. Martinez.

ON MOTION

Before BRYSON, <u>Circuit Judge</u>.

## ORDER

Eon-Net LP moves to stay briefing in this appeal pending disposition by the United States District Court for the Western District of Washington of the motion for attorney fees filed by Flagstar Bancorp on April 22, 2009. Eon-Net states that Flagstar consents.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Eon-Net is directed to file a status report within 30 days of the date of this order and every 30 days thereafter apprising this court of the status of the attorney fee motion.

FOR THE COURT

JUN 11 2009
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 11 2009

cc: Jean-Marc Zimmerman, Esq.
    Melissa J. Baily, Esq.

s17

JAN HORBALY
CLERK